AO 10*
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Cooke, Marcia G. | 2. Court or Organization<br><br>USDC So. District of Florida | 3. Date of Report<br><br>05/14/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

400 North Miami Avenue
Suite 11-2
Miami, FL 33128-1810

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Miami Federal Credit Union |
| 2. | Board of Directors | Brickell Avenue Literary Society |
| 3. | Member | Florida International University Vice Provost's Council Executive Committee |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Marcia G. | 05/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | 2017 | University of Miami School of Law - teaching | $3,000.00 |
| 3. | 2017 | St. Thomas University School of Law - teaching | $10,000.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cardozo School of Law | 1/2/2017 - 1/8/2017 | New York, NY | Visiting Instructor | Transportation, food, lodging |
| 2. | Administrative Office U.S. Courts | 9/2/2017 - 9/8/2017 | Denver, CO | USSC Conference | Transportation, food, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | JP Morgan Chase Bank | Mortgage | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Marcia G. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank (IRA) | | | | | | | | | |
| 2. -Fidelity Advisor Technology | A | Dividend | J | T | | | | | |
| 3. -Janus Fund Inc. | A | Dividend | J | T | | | | | |
| 4. -Putnam International Equity | A | Dividend | J | T | | | | | |
| 5. State of Florida Deferred Compensation Plan | | | | | | | | | |
| 6. -American Funds/Washington Mutual | A | Dividend | J | T | | | | | |
| 7. -Dreyfus Appreciation Fund | A | Dividend | J | T | | | | | |
| 8. -Janus Growth & Income Fund | A | Dividend | J | T | | | | | |
| 9. Brokerage Account #1 | | | | | | | | | |
| 10. -Costco Wholesale Corp. | A | Dividend | J | T | Distributed (part) | 02/24/17 | J | | |
| 11. | | | | | Sold (part) | 04/11/17 | J | | |
| 12. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 13. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 14. | | | | | Distributed (part) | 05/26/17 | J | | |
| 15. | | | | | Buy (add'l) | 06/06/17 | J | | |
| 16. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 17. | | | | | Buy (add'l) | 08/01/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Marcia G. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Distributed (part) | 09/01/17 | J | | |
| 19. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 20. | | | | | Buy (add'l) | 10/03/17 | J | | |
| 21. | | | | | Sold (part) | 10/04/17 | J | | |
| 22. | | | | | Buy (add'l) | 11/07/17 | J | | |
| 23. | | | | | Distributed (part) | 12/01/17 | J | | |
| 24. | | | | | Buy (add'l) | 12/05/17 | | | |
| 25. | | | | | Sold (part) | 12/20/17 | | | |
| 26. -Kohls Corp. | A | Dividend | | | Distributed (part) | 03/22/17 | J | | |
| 27. | | | | | Distributed (part) | 06/21/17 | J | | |
| 28. | | | | | Distributed (part) | 09/20/17 | J | | |
| 29. | | | | | Distributed (part) | 12/20/17 | J | | |
| 30. -Target Corp. | A | Dividend | J | T | Distributed (part) | 03/10/17 | J | | |
| 31. | | | | | Distributed (part) | 06/12/17 | J | | |
| 32. | | | | | Distributed (part) | 09/11/17 | J | | |
| 33. | | | | | Distributed (part) | 12/11/17 | J | | |
| 34. -Fedex | A | Dividend | J | T | Distributed (part) | 01/03/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Marcia G. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Distributed (part) | 04/03/17 | J | | |
| 36. | | | | | Distributed (part) | 07/06/17 | J | | |
| 37. | | | | | Distributed (part) | 10/02/17 | J | | |
| 38.   -Apple | A | Dividend | J | T | Distributed (part) | 02/16/17 | J | | |
| 39. | | | | | Buy (add'l) | 03/07/17 | J | | |
| 40. | | | | | Buy (add'l) | 04/04/17 | J | | |
| 41. | | | | | Distributed (part) | 05/18/17 | J | | |
| 42. | | | | | Distributed (part) | 08/17/17 | J | | |
| 43. | | | | | Distributed (part) | 11/16/17 | J | | |
| 44.   -Nextera Energy, Inc. | A | Dividend | J | T | Distributed (part) | 03/15/17 | J | | |
| 45. | | | | | Distributed (part) | 06/15/17 | J | | |
| 46. | | | | | Distributed (part) | 09/15/17 | J | | |
| 47. | | | | | Distributed (part) | 12/15/17 | J | | |
| 48.   -Berkshire Hathaway Inc. | A | Dividend | J | T | Buy (add'l) | 01/03/17 | J | | |
| 49. | | | | | Sold (part) | 01/12/17 | J | | |
| 50. | | | | | Buy (add'l) | 02/07/17 | J | | |
| 51.   -General Motors | A | Dividend | J | T | Sold (part) | 01/12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Marcia G. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 02/07/17 | J | | |
| 53. | | | | | Distributed (part) | 03/24/17 | J | | |
| 54. | | | | | Distributed (part) | 06/23/17 | J | | |
| 55. | | | | | Distributed (part) | 09/22/17 | J | | |
| 56. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 57. | | | | | Distributed (part) | 12/21/17 | J | | |
| 58. -Dunkin Brands Group | A | Dividend | J | T | Distributed (part) | 03/22/17 | J | | |
| 59. | | | | | Sold (part) | 05/09/17 | J | | |
| 60. | | | | | Distributed (part) | 06/14/17 | J | | |
| 61. | | | | | Distributed (part) | 09/06/17 | J | | |
| 62. | | | | | Distributed (part) | 12/06/17 | J | | |
| 63. -Ford Motor Company | A | Dividend | J | T | Buy (add'l) | 02/09/17 | J | | |
| 64. | | | | | Buy (add'l) | 03/28/17 | J | | |
| 65. | | | | | Buy (add'l) | 04/26/17 | J | | |
| 66. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 67. | | | | | Distributed (part) | 06/01/17 | J | | |
| 68. | | | | | Distributed (part) | 09/01/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Marcia G. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Distributed (part) | 12/01/17 | J | | |
| 70.  -Starbucks Corp. | A | Dividend | J | T | Distributed (part) | 02/24/17 | J | | |
| 71. | | | | | Distributed (part) | 05/26/17 | J | | |
| 72. | | | | | Distributed (part) | 08/25/17 | J | | |
| 73. | | | | | Distributed (part) | 12/01/17 | J | | |
| 74.  -Fitbit Inc CL A | A | Dividend | J | T | | | | | |
| 75.  -Nordstrom, Inc. | A | Dividend | J | T | Buy | 06/09/17 | J | | |
| 76. | | | | | Distributed (part) | 09/12/17 | J | | |
| 77. | | | | | Distributed (part) | 12/12/17 | J | | |
| 78.  -Vail Resorts Inc. | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 79. | | | | | Buy (add'l) | 10/03/17 | J | | |
| 80. | | | | | Distributed (part) | 10/27/17 | J | | |
| 81. | | | | | Buy (add'l) | 11/07/17 | J | | |
| 82. | | | | | Buy (add'l) | 12/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Marcia G. | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS AND TRUSTS:

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Marcia G. | 05/14/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marcia G. Cooke**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544